# Third District Court of Appeal

## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1493
Lower Tribunal Nos. 16-7886, 16-11172

_____

## Carillon Hotel, LLC,
Appellant,

vs.

## Central Carillon Beach Condominium Association, Inc., et al.,
Appellees.


An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Weissman & Dervishi, P.A., and Brian S. Dervishi and John R. Borgo and Sergio E. Molina, for appellant.

Pardo Jackson Gainsburg, PL, and Stevan J. Pardo and Joseph I. Pardo; Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., and Eugene E. Stearns and Jason S. Koslowe; Stroock & Stroock & Lavan LLP, and Paul A. Shelowitz, for appellees.


Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.